IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IMRAN KHAN,<br>A # 070 579 709, | § § § | |
| *Petitioner,* | § § § | |
| vs. | § § | CIVIL NO.<br>SA-18-CV-1241-FB(ESC) |
| RAY CASTRO, Warden of South Texas Detention Complex, and KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security,[1] | § § § § § § | |
| *Respondents.* | § | |

## ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas filed by Imran Khan ("Petitioner"). In his petition, Petitioner challenges his detention by the U.S. Department of Homeland Security Bureau of Immigration and Customs Enforcement pending removal proceedings. In light of the foregoing, the Court enters the following orders:

**IT IS ORDERED** that Respondents file a response to the Petition within thirty (30) days.

**IT IS FURTHER ORDERED** that Petitioner may file a reply to the Respondents' response. If Petitioner elects to file a reply, it must be filed no later than twenty-one (21) days after the date Petitioner is served with Respondents' response.

**IT IS FURTHER ORDERED** that the District Clerk shall: (1) furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition [#1] and this Order, and that such delivery by certified mail return receipt requested shall constitute sufficient service

---

[1] The Court has added Kirstjen Nielsen, the current Secretary of the Department of Homeland Security, as a respondent.

of process on Respondent Nielsen; and (2) serve Respondent Castro by certified mail return receipt requested.

**IT IS FURTHER ORDERED** that within thirty days (30) from the date of this Order, Petitioner must either submit the filing fee or, if he is unable to do so, advise the Court of his inability to pay and request an Order allowing him to proceed without the payment of fees or costs.

SIGNED this 30th day of November, 2018.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE